November 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CITIZENS NATIONAL BANK OF TEXAS, Appellant

NO. 14-11-00517-CV                    V.

NXS CONSTRUCTION INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, NXS Construction Inc., signed, March 17, 2011 (the "2011 Judgment"), was heard on the transcript of the record. We have inspected the record and find error in the 2011 Judgment. We therefore **REFORM** the 2011 Judgment as follows:

- Item c) is wholly stricken;

- Item g) now reads, "Taxable Court Costs incurred in prosecuting this matter;".

We order the 2011 Judgment **AFFIRMED** except as modified in this judgment.

We order appellant, Citizens National Bank of Texas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.